E X H I B I T

"A"

Brian Sullivan
Reg. No. 60195-053
PO Box 2000
Fort Dix, NJ 08640

I'm asking for an internal investigation into the Nassau County district Attorney's office of Kathleen Rice, i.e., Kathleen M. Rice, ADA Joseph Dopkowski, ADA Rick Whelen, Detective Angelo LaMorte of the Nassau County Police Dept. and all state agents involved in the wiretapping of **Criminal Case No. 10-Cr-991 (S-1)(JS),** filed in United States Federal Court (EDNY), for committing felony acts of perjury in violation of NYS PL. 210.10, for violating Oath of Office, Breach of trust, Official misconduct and conspiracy.

## COMPLAINT

### Backround

In the investigation into Dominick Curatola and defendant's for the sale and distribution of marijuana, Det. Angelo LaMorte of the Nassau County Police dept., District Attorney Kathleen M. Rice, Assistant District Attorney Joseph Dompkowski and Assistant District Attorney Rick Whelen committed felony acts of perjury in violation of NYS PL. Section 210.10, by swearing falsely by way of affidavit to State Supreme Court Justice Leonard B. Austin in regards to the number of calls made between defendants and the subject telephone they were seeking a court ordered eavesdropping warrant, thus securing the eavesdropping warrant and evidence in the above mentioned case by way of fraud.

### STATEMENT OF FACTS

1. Det. Angelo LaMorte of the Nassau County Police Dept. was seeking an eavesdropping warrant to authorize the interception and recording of certain telephone and electronic communications taking place over the wireless telephone that was assigned personal telephone number ("PTN") (631) 334-4123 and electronic serial number ("ESN") 268435458807841383, listed to Joe Coniglio, 860 Broadway Avenue, Holbrook, New York (hereinafter the Curatola cell phone IV") for a period of 30 days, as he claimed the communications taken place over the "Curatola cell phone IV" related to crimes of Criminal sale and possession of a controlled substance. (See: Disc No. 24, wire # 00000448 ---00000501, July 7, Affidavit of Det. Angelo LaMorte)

2. In support of Det. Angelo LaMorte's incorporated Affidavit he claimed his review of call detail data supplied by Sprint regarding the "Curatola cell phone IV" disclosed that between (June 29, 2010 and July 2, 2010) about one hundred and ninety (190) calls were placed between the "Curatola cell phone IV" and telephone number (631) 873-7307, a telephone used by Eric Priemer. (See: disc #24 WIRE # 00000490, pg. 44 par. 72, July 7, 2010 Affidavit of Det. Angelo LaMorte)

## FALSE INFORMATION

3. The phone records of (631) 873-7307. The telephone used by Eric Priemer show there were only six (6) calls placed between Eric Priemer and the "Curatola cell phone IV" between (June 29 and July 2, 2010), not the one hundred ninety (190) calls as det. Angelo LaMorte falsely claimed. There were in fact no calls placed on either (June 29th or 30th) between the parties. (See: Attached Phone records of (631) 873-7307), the phone used by Eric Priemer.

4. District Attorney Kathleen M. Rice, ADA Joseph Dompkowski, and ADA Rick Whelen all sworn by way of Affidavit that they were familiar with the facts contained in the Affidavits of Det. Angelo LaMorte, that they submitted to State Supreme Court Justice Leonard B. Austin. (See: disc # 24 Wire No. 01 --- wire No. 001246)

### ADA Dompkowski

"as set forth in the Affidavit of Detective Angelo LaMorte of the Nassau County Police Department, which I have read and which is incorporated in and made a part of this Affidavit, an ongoing investigation being conducted by the Nassau County District Attorney's Office and the Nassau County police Department has revealed probable cause to believe that....."

### DA Kathleen M. Rice

"I am familiar with the facts contained in the affidavits of assistant District Attorney Joseph Dompkowski and Detective Angelo LaMorte of the Nassau County Police Department, which are annexed hereto and made a part of. Based upon the facts set forth in those affidavits, there is probable cause to believe that....."

5. Det. Angelo LaMorte fabricated the number of calls made between the "Curatola cell phone IV" and telephone number (631) 873-7307, a telephone used

by Eric Priemer to show a high volume of calls 'that never existed' thus committing perjury to secure the wiretap issued by State Supreme Court Justice Leonard B. Austin, violating defendants 'Procedural due process Rights'.

      6. Det. Angelo LaMorte mentions specific numbers of calls placed between numerous telephones and the subject telephones he was seeking court ordered eavesdropping on several Affidavits in the investigation of U.S. V. Curatola, and due to the facts above all the Affidavits filed by Det. Angelo LaMorte mentioning number of calls made to subject telephones seeking wiretap authorization need to be investigated.

## REQUESTING AN INVESTIGATION

      Based on the false information provided by Det. Angelo LaMorte on the number of calls placed to the subject telephone he was seeking court ordered eavesdropping on his July 7, 2010 Affidavit to State Supreme Court Justice Leonard B. Austin, I'm requesting a full in depth investigation by the NYS Attorney General's office, Nassau County internal Affairs Bureau and the United States Attorney's Office to the facts stated above. I'm also requesting the U.S. Attorney's Office to investigate and determine whether the wiretap issued was derived out of perjury, was that evidence then used in the grand jury as a bases to secure indictment as well as convictions in the above mentioned case and whether any Civil or Constitutional violations occurred such as any violation of defendants 'Procedural due process Rights' and to correct any wrong doing to avoid any miscarriage of justice.

Respectfully;
/S/ *Brian Sullivan*
Brian Sullivan

## Affidavits that need to be investigated

(All Affidavits below were submitted by Det. Angelo LaMorte and are of the number of calls he claims to be made incoming/outgoing to the subject telephone he was seeking authorized wiretapping, that need to be investigated.)

May 13, 2010 Affidavit submitted to Justice Covello

Subject telephone: (347) 585-5140

May 3, 2010    pg. 46 par. 90
(1) call to (786) 227-9415

May 1, 2010 through May 10, 2010    Pg. 47 par. 92
(22) X (786) 227-9415

---

June 16, 2010 Affidavit submitted to Justice Austin

Subject Telephone: (347) 585-5144

June 13, 2010 through June 15, 2010    pg. 19 par. (a) through (h)
(35) X (516) 456-6077
(11) X (631) 433-8184
(15) X (631) 512-8441
(35) X (631) 603-7574
(6)  X (631) 988-7578
(3)  X (516) 462-0355
(5)  X (631) 949-4421
(1)  X (516) 782-4072

---

July 7, 2010 Affidavit submitted to Justice Austin

Subject telephone (631) 334-4123

June 29, 2010 through July 2, 2010    Pg. 44 par. 72
(190) X (631) 873-3707
(108) X (516) 456-6077
(98)  X (631) 603-7574

----------------------------------------------------------------

Sept. 1, 2010 Affidavit submitted to Justice Austin

Subject telephone: (631) 512-8441

Aug. 20, 2010 through Aug. 26, 2010    pg. 50 par. 84
(47) X (516) 873-7307
(25) X (516) 433-8184
(23) X (631) 617-4183
(2)  X (631) 603-7574

----------------------------------------------------------------

Nov. 1 2010 Affidavit submitted to Justice Chambers

Subject telephone: (631) 987-2123

Sept. 11, 2010    pg. 17 par. 58
(11) X (631) 902-6800

Sept. 25, 2010 through Oct. 14, 2010    pg. 17 par 59
(595) X (631) 902-6800

Aug. 28, 2010 through Oct. 8, 2010    pg. 17 par. 60
(189) X (516) 476-7221

----------------------------------------------------------------

Nov. 1, 2010 Affidavit submitted to Justice Austin

Subject telephone: (631) 627-9662

Sept. 1, 2010 through Sept. 30, 2010    Pg. 19 par. 63
(85) X (518) 232-8203

Sept. 29, 2010 through Oct. 7, 2010
(21) X between (514) 553-0094 and (508) 202-8815

Aug. 29, 2010 through Oct. 7, 2010
(91) X (516) 476-7221

<u>Sept. 19, 2010 through Oct. 4, 2010</u>
(21) X (516) 782-4072

<u>Sept. 18, 2010 through Sept. 27, 2010</u>   pg. 20 par. 65
(11) X (203) 444-7339

<u>Sept. 18, 2010 through Sept. 19, 2010</u>
(4) X (203) 627-8556

<u>Sept. 19, 2010 through Oct. 7, 2010</u>
(11) X (631) 617-4183

-------------------------------------------------------------------------------

Nov. 1, 2010 Affidavit submitted to Justice Austin

Subject telephone: (516) 476-7221

<u>Aug. 1, 2010 through Oct. 14, 2010</u>   pg. 23 par. 72
(79) X (514) 654-7178

## Phone Records

("MIN") 'Mobile Identification Number'
("ESN") 'Electronic Serial Number'

| MIN 'Verizon' | ESN | From |
|---|---|---|
| (347) 585-5140 | A0-00001E-088587 | May 1, 2010 - May 1, 2010 |

Listed to:
Bob Simpson
1434 Colden St.                             'May 13, 2010 Affidavit'
Flushing, N.Y.

---

| MIN 'Verizon' | ESN | From |
|---|---|---|
| (347) 585-5144 | A0-00001E-0882BF | June 13, 2010 - June 15, 2010 |

Listed to:
John Derosa
1466 Colden st.                             'June 16, 2010 Affidavit'
Flushing, N.Y.

---

| MIN Sprint | ESN | From |
|---|---|---|
| (631) 334-4123 | 2684354588078413 | June 29, 2010 - July 2, 2010 |

Listed to:
Joe Coniglio
860 Broadway Avenue                         'July 7, 2010 Affidavit'
Holbrook, N.Y.

---

| MIN 'Verizon' | ESN | From |
|---|---|---|
| (631) 987-2123 | A000001CB8C8A8 | Sept. 11, 2010 - Oct. 14, 2010 |

Listed to:
Dominic Curatola
865 Broadway Avenue Apt. 107A               'Nov. 1, 2010 Affidavit'

Holbrook, N.Y.

---

MIN | ESN | From
(631) 627-9662 | 011696008679112 | Aug. 29, 2010 - Oct. 7, 2010

No Subscriber | | 'Nov. 1, 2010 Affidavit'

---

MIN Sprint | ESN | From
(631) 512-8441 | 000006313842019 | Aug. 20, 2010 - Aug. 26, 2010

Listed to:
Fran More
P.O. Box 54966
Irvine, California

---

MIN 'T-Mobile' | ESN | From
(516) 476-7221 | 310260431820620 | Aug. 1, 2010 - Oct. 14, 2010

Listed to:
Jennifer Lopez
143 Charter Oaks Avenue | | 'Nov. 1, 2010 Affidavit'

---

MIN At&t | | From
(631) 902-6800 | | Sept. 25, 2010 - Oct. 14, 2010

Listed to: | | Sept. 11, 2010 (single date)
Amy Darienzo
91 Sunny road
St. James, New York

Case 2:14-cv-01777-JS   Document 2-1   Filed 03/17/14   Page 10 of 14 PageID #: 39

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2423677354 | 682594707-00001 | 07/27/10 | 26 of 47 |

## Detail for Maureen Priemer: 631-873-7307

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/28 | 5:55P | 516-492-5167 | Peak | M2MAllow | Oakdale Is NY | Nassauzn02 NY | 2 | --- | --- | --- |
| 6/28 | 6:08P | 631-413-3608 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/28 | 6:36P | 516-492-5167 | Peak | M2MAllow | Brightwate NY | Incoming CL | 2 | --- | --- | --- |
| 6/28 | 6:46P | 516-492-5167 | Peak | M2MAllow | Babylon NY | Nassauzn02 NY | 1 | --- | --- | --- |
| 6/28 | 6:47P | 631-355-4003 | Peak | PlanAllow | Babylon NY | Incoming CL | 1 | --- | --- | --- |
| 6/28 | 6:50P | 516-492-5167 | Peak | M2MAllow | Massapequa NY | Incoming CL | 1 | --- | --- | --- |
| 6/28 | 6:51P | 347-585-5144 | Peak | M2MAllow | Babylon NY | Incoming CL | 2 | --- | --- | --- |
| 6/28 | 6:54P | 516-492-5167 | Peak | M2MAllow | Wantaugh NY | Nassauzn02 NY | 1 | --- | --- | --- |
| 6/28 | 7:06P | 347-585-5144 | Peak | M2MAllow | Wantaugh NY | Nwyrcyzn06 NY | 1 | --- | --- | --- |
| 6/28 | 7:06P | 347-585-5144 | Peak | M2MAllow | Wantaugh NY | Nwyrcyzn06 NY | 1 | --- | --- | --- |
| 6/28 | 7:06P | 347-585-5144 | Peak | M2MAllow | Wantaugh NY | Nwyrcyzn06 NY | 1 | --- | --- | --- |
| 6/28 | 8:35P | 631-664-3758 | Peak | PlanAllow | Oakdale Is NY | Centraislp NY | 1 | --- | --- | --- |
| 6/28 | 8:44P | 631-664-3758 | Peak | PlanAllow | Sayville NY | Centraislp NY | 1 | --- | --- | --- |
| 6/28 | 8:57P | 631-398-1515 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 1 | --- | --- | --- |
| 6/28 | 8:58P | 631-398-1515 | Peak | N&W,PlanAllow,Span | Oakdale Is NY | Incoming CL | 5 | --- | --- | --- |
| 6/28 | 9:09P | 516-492-5167 | Off-Peak | M2MAllow | Islip NY | Incoming CL | 2 | --- | --- | --- |
| 6/28 | 9:14P | 631-664-6198 | Off-Peak | N&W | Brightwate NY | Incoming CL | 2 | --- | --- | --- |
| 6/28 | 9:22P | 631-741-2265 | Off-Peak | N&W | No. Amityv NY | Incoming CL | 1 | --- | --- | --- |
| 6/28 | 9:23P | 631-603-6232 | Off-Peak | M2MAllow | North Want NY | Incoming CL | 4 | --- | --- | --- |
| 6/28 | 9:30P | 631-398-1515 | Off-Peak | N&W | Hempstead NY | Brentwood NY | 3 | --- | --- | --- |
| 6/28 | 11:14P | 631-398-1515 | Off-Peak | N&W | Central Is NY | Brentwood NY | 5 | --- | --- | --- |
| 6/28 | 11:40P | 347-585-5144 | Off-Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 1:56P | 631-219-9353 | Peak | PlanAllow | Bohemia NY | Brentwood NY | 1 | --- | --- | --- |
| 6/29 | 4:43P | 516-492-5167 | Peak | M2MAllow | Central Is NY | Nassauzn02 NY | 1 | --- | --- | --- |
| 6/29 | 4:43P | 516-492-5167 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 6/29 | 4:55P | 516-492-5167 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 4:59P | 516-492-5167 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 5:48P | 516-492-5167 | Peak | M2MAllow | Brightwate NY | Incoming CL | 2 | --- | --- | --- |
| 6/29 | 5:49P | 631-413-3608 | Peak | PlanAllow,CallWait | Brightwate NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 6:05P | 315-341-8091 | Peak | PlanAllow | Wantaugh NY | Oswego NY | 1 | --- | --- | --- |
| 6/29 | 6:06P | 516-492-5167 | Peak | M2MAllow | Wantaugh NY | Nassauzn02 NY | 2 | --- | --- | --- |
| 6/29 | 6:26P | 631-796-0275 | Peak | PlanAllow | Wantaugh NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 6:32P | 516-492-5167 | Peak | M2MAllow | Babylon NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 6:36P | 631-398-1515 | Peak | PlanAllow | Babylon NY | Brentwood NY | 1 | --- | --- | --- |
| 6/29 | 6:36P | 516-492-5167 | Peak | M2MAllow | Lindenhurs NY | Nassauzn02 NY | 1 | --- | --- | --- |
| 6/29 | 6:38P | 631-398-1515 | Peak | PlanAllow | Massapequa NY | Brentwood NY | 2 | --- | --- | --- |
| 6/29 | 6:41P | 631-398-1515 | Peak | PlanAllow | Wantaugh NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 6:46P | 631-398-1515 | Peak | PlanAllow | Babylon NY | Incoming CL | 3 | --- | --- | --- |
| 6/29 | 6:49P | 631-567-1034 | Peak | Friends & Family,CallWait | Babylon NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 7:05P | 631-707-3705 | Peak | M2MAllow | Islip NY | Brentwood NY | 2 | --- | --- | --- |
| 6/29 | 7:26P | 631-567-1034 | Peak | Friends & Family | Babylon NY | Sayville NY | 1 | --- | --- | --- |
| 6/29 | 7:27P | 516-263-0922 | Peak | PlanAllow | Wheatley H NY | Nassauzn02 NY | 3 | --- | --- | --- |
| 6/29 | 7:35P | 631-626-4479 | Peak | PlanAllow | Islip NY | Brentwood NY | 1 | --- | --- | --- |
| 6/29 | 7:45P | 631-219-9353 | Peak | PlanAllow | Bohemia NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 7:51P | 631-413-3608 | Peak | PlanAllow | Bohemia NY | Incoming CL | 1 | --- | --- | --- |

Case 2:14-cv-01777-JS   Document 2-1   Filed 03/17/14   Page 11 of 14 PageID #: 40

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2423677354 | 682594707-00001 | 07/27/10 | 27 of 47 |

## Detail for Maureen Priemer: 631-873-7307

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/29 | 8:08P | 631-567-1034 | Peak | Friends & Family | Oakdale Is NY | Sayville NY | 1 | --- | --- | --- |
| 6/29 | 8:11P | 315-341-8091 | Peak | PlanAllow | Oakdale Is NY | Oswego NY | 1 | --- | --- | --- |
| 6/29 | 8:12P | 631-664-3758 | Peak | PlanAllow,CallWait | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 8:13P | 315-341-8091 | Peak | PlanAllow | Oakdale Is NY | Oswego NY | 1 | --- | --- | --- |
| 6/29 | 8:34P | 631-664-3758 | Peak | PlanAllow | Central Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 8:35P | 631-413-3608 | Peak | PlanAllow,CallWait | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/29 | 8:55P | 631-398-1515 | Peak | PlanAllow | Sayville NY | Brentwood NY | 3 | --- | --- | --- |
| 6/29 | 8:57P | 516-316-6285 | Peak | M2MAllow | Sayville NY | Mineola NY | 3 | --- | --- | --- |
| 6/29 | 9:19P | 631-605-5115 | Off-Peak | N&W | Central Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 8:45A | 631-605-5115 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 8:52A | 631-766-1720 | Peak | M2MAllow | Holbrook NY | Brentwood NY | 1 | --- | --- | --- |
| 6/30 | 9:01A | 631-664-6198 | Peak | PlanAllow | Yaphank NY | Incoming CL | 2 | --- | --- | --- |
| 6/30 | 9:03A | 631-617-9987 | Peak | M2MAllow | Selden NY | Brentwood NY | 1 | --- | --- | --- |
| 6/30 | 11:30A | 631-331-7268 | Peak | PlanAllow | Selden NY | Incoming CL | 2 | --- | --- | --- |
| 6/30 | 11:30A | 631-398-1515 | Peak | PlanAllow,CallWait | Selden NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 11:46A | 631-398-1515 | Peak | PlanAllow | Ronkonkoma NY | Brentwood NY | 2 | --- | --- | --- |
| 6/30 | 12:02P | 631-991-8817 | Peak | PlanAllow | Oakdale Is NY | Lindenhst NY | 8 | --- | --- | --- |
| 6/30 | 12:28P | 631-766-6110 | Peak | M2MAllow | Bohemia NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 12:35P | 631-413-3608 | Peak | PlanAllow | Sayville NY | Incoming CL | 2 | --- | --- | --- |
| 6/30 | 12:44P | 631-567-1034 | Peak | Friends & Family | Ocean Beac NY | Sayville NY | 1 | --- | --- | --- |
| 6/30 | 12:46P | 631-567-1034 | Peak | Friends & Family | Ocean Beac NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 12:49P | 631-398-1515 | Peak | PlanAllow | Ocean Beac NY | Brentwood NY | 2 | --- | --- | --- |
| 6/30 | 12:56P | 631-766-6110 | Peak | M2MAllow | Bohemia NY | Incoming CL | 3 | --- | --- | --- |
| 6/30 | 1:30P | 631-617-9635 | Peak | M2MAllow | Oakdale Is NY | Brentwood NY | 1 | --- | --- | --- |
| 6/30 | 3:34P | 315-341-8091 | Peak | PlanAllow | Ocean Beac NY | Oswego NY | 1 | --- | --- | --- |
| 6/30 | 4:06P | 315-341-8091 | Peak | PlanAllow | Ocean Beac NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 4:21P | 631-946-9684 | Peak | PlanAllow | Ocean Beac NY | Incoming CL | 5 | --- | --- | --- |
| 6/30 | 4:41P | 315-341-8091 | Peak | PlanAllow | Central Is NY | Oswego NY | 1 | --- | --- | --- |
| 6/30 | 4:48P | 631-617-4183 | Peak | M2MAllow | Ocean Beac NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 4:54P | 631-766-6110 | Peak | M2MAllow | Central Is NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 5:21P | 631-413-3608 | Peak | PlanAllow | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 5:44P | 631-626-4479 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 2 | --- | --- | --- |
| 6/30 | 6:53P | 623-755-8758 | Peak | PlanAllow | Sayville NY | Incoming CL | 9 | --- | --- | --- |
| 6/30 | 6:57P | 631-413-3608 | Peak | PlanAllow,CallWait | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 6/30 | 8:37P | 631-626-4479 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 1 | --- | --- | --- |
| 6/30 | 9:41P | 631-398-1515 | Off-Peak | N&W | Oakdale Is NY | Brentwood NY | 1 | --- | --- | --- |
| 6/30 | 9:44P | 631-398-1515 | Off-Peak | N&W | Oakdale Is NY | Incoming CL | 4 | --- | --- | --- |
| 7/01 | 8:06A | 631-398-1515 | Peak | PlanAllow | Babylon NY | Brentwood NY | 9 | --- | --- | --- |
| 7/01 | 8:37A | 631-796-0275 | Peak | PlanAllow | Lindenhurs NY | Brentwood NY | 1 | --- | --- | --- |
| 7/01 | 8:37A | 631-796-0275 | Peak | PlanAllow | Lindenhurs NY | Incoming CL | 3 | --- | --- | --- |
| 7/01 | 8:42A | 631-796-0275 | Peak | PlanAllow | West Islip NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 9:07A | 800-888-3250 | Peak | PlanAllow | Islip NY | Toll-Free CL | 5 | --- | --- | --- |
| 7/01 | 9:23A | 631-567-1034 | Peak | Friends & Family | Central Is NY | Incoming CL | 3 | --- | --- | --- |
| 7/01 | 11:26A | 631-946-9684 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 11:44A | 631-334-4123 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |

Case 2:14-cv-01777-JS   Document 2-1   Filed 03/17/14   Page 12 of 14 PageID #: 41

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2423677354 | 682594707-00001 | 07/27/10 | 28 of 47 |

## Detail for Maureen Priemer: 631-873-7307

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/01 | 12:06P | 631-334-4123 | Peak | PlanAllow | Sayville NY | Centraislp NY | 1 | --- | --- | --- |
| 7/01 | 12:09P | 516-492-5167 | Peak | M2MAllow | Sayville NY | Nassauzn02 NY | 3 | --- | --- | --- |
| 7/01 | 12:15P | 212-227-1640 | Peak | PlanAllow | Bohemia NY | New York NY | 1 | --- | --- | --- |
| 7/01 | 12:16P | 315-341-8091 | Peak | PlanAllow | Bohemia NY | Oswego NY | 3 | --- | --- | --- |
| 7/01 | 12:19P | 631-567-9128 | Peak | PlanAllow | Lake Ronko NY | Incoming CL | 3 | --- | --- | --- |
| 7/01 | 12:23P | 631-398-1515 | Peak | PlanAllow | Lake Ronko NY | Brentwood NY | 1 | --- | --- | --- |
| 7/01 | 12:24P | 315-341-4281 | Peak | PlanAllow | Lake Ronko NY | Oswego NY | 2 | --- | --- | --- |
| 7/01 | 12:31P | 631-567-1034 | Peak | Friends & Family | Lake Ronko NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 12:32P | 212-227-1640 | Peak | PlanAllow | Lake Ronko NY | New York NY | 2 | --- | --- | --- |
| 7/01 | 1:00P | 631-398-1515 | Peak | PlanAllow | Nesconset NY | Brentwood NY | 11 | --- | --- | --- |
| 7/01 | 1:11P | 631-617-4183 | Peak | M2MAllow | Nesconset NY | Brentwood NY | 2 | --- | --- | --- |
| 7/01 | 1:14P | 631-617-4183 | Peak | M2MAllow | Lake Ronko NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 1:15P | 631-398-1515 | Peak | PlanAllow | Lake Ronko NY | Brentwood NY | 2 | --- | --- | --- |
| 7/01 | 1:18P | 631-617-4183 | Peak | M2MAllow | Lake Ronko NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 1:24P | 631-796-0275 | Peak | PlanAllow | Lake Ronko NY | Brentwood NY | 1 | --- | --- | --- |
| 7/01 | 1:25P | 315-341-8091 | Peak | PlanAllow | Lake Ronko NY | Oswego NY | 2 | --- | --- | --- |
| 7/01 | 1:26P | 631-617-4183 | Peak | M2MAllow,CallWait | Lake Ronko NY | Incoming CL | 3 | --- | --- | --- |
| 7/01 | 1:30P | 631-617-4183 | Peak | M2MAllow | Lake Ronko NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 1:35P | 631-617-4183 | Peak | M2MAllow | Lake Ronko NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 2:03P | 631-796-0275 | Peak | PlanAllow | Nesconset NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 5:52P | 631-603-6232 | Peak | M2MAllow | Bohemia NY | Riverhead NY | 2 | --- | --- | --- |
| 7/01 | 5:53P | 631-946-9684 | Peak | PlanAllow,CallWait | Bohemia NY | Incoming CL | 5 | --- | --- | --- |
| 7/01 | 6:08P | 631-413-3608 | Peak | PlanAllow | Oakdale Is NY | Selden NY | 1 | --- | --- | --- |
| 7/01 | 6:22P | 631-413-3608 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 6:24P | 516-263-0922 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 6:25P | 631-664-3758 | Peak | PlanAllow,CallWait | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 6:25P | 516-263-0922 | Peak | PlanAllow,CallWait | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 6:26P | 631-664-3758 | Peak | PlanAllow | Oakdale Is NY | Centraislp NY | 1 | --- | --- | --- |
| 7/01 | 6:47P | 360-722-5910 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 7:10P | 631-603-6232 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 7:11P | 516-492-5167 | Peak | M2MAllow | Oakdale Is NY | Nassauzn02 NY | 1 | --- | --- | --- |
| 7/01 | 7:18P | 631-664-6198 | Peak | PlanAllow | Bohemia NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 7:36P | 516-263-0922 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 7:37P | 516-263-0922 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 7:40P | 516-263-0922 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 8:08P | 631-398-1515 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 3 | --- | --- | --- |
| 7/01 | 8:26P | 631-766-6110 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 8:32P | 631-334-4123 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 8:37P | 516-492-5167 | Peak | M2MAllow | Islip NY | Incoming CL | 7 | --- | --- | --- |
| 7/01 | 8:44P | 516-523-3138 | Peak | PlanAllow | West Babyl NY | Westbury NY | 1 | --- | --- | --- |
| 7/01 | 8:45P | 347-455-5052 | Peak | PlanAllow | No. Amityv NY | Incoming CL | 2 | --- | --- | --- |
| 7/01 | 8:48P | 631-626-4479 | Peak | PlanAllow | No Amityvl NY | Brentwood NY | 1 | --- | --- | --- |
| 7/01 | 8:49P | 631-766-6110 | Peak | M2MAllow | North Want NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 8:56P | 516-492-5167 | Peak | M2MAllow | Hempstead NY | Incoming CL | 5 | --- | --- | --- |
| 7/01 | 8:58P | 631-567-1034 | Peak | Friends & Family,CallWait | West Hemps NY | Incoming CL | 1 | --- | --- | --- |

## Detail for Maureen Priemer: 631-873-7307

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/01 | 9:43P | 516-523-3138 | Off-Peak | N&W | Malverne NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 9:44P | 516-492-5167 | Off-Peak | M2MAllow,CallWait | West Hemps NY | Incoming CL | 3 | --- | --- | --- |
| 7/01 | 10:02P | 631-567-1034 | Off-Peak | Friends & Family | Deer Park NY | Sayville NY | 1 | --- | --- | --- |
| 7/01 | 10:08P | 631-567-1034 | Off-Peak | Friends & Family | West Islip NY | Incoming CL | 1 | --- | --- | --- |
| (7/01) | 10:17P | 631-334-4123 | Off-Peak | N&W | Bay Shore NY | Incoming CL | 2 | --- | --- | --- |
| (7/01) | 10:19P | 631-334-4123 | Off-Peak | N&W | Islip NY | Incoming CL | 1 | --- | --- | --- |
| 7/01 | 11:55P | 516-263-0922 | Off-Peak | N&W | Oakdale Is NY | Nassauzn02 NY | 2 | --- | --- | --- |

Case 2:14-cv-01777-JS   Document 2-1   Filed 03/17/14   Page 14 of 14 PageID #: 43

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2437924461 | 682594707-00001 | 08/27/10 | 5 of 35 |

## Detail for Maureen Priemer: 631-873-7307
## Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/02 | 9:38A | 631-946-9684 | Peak | PlanAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 9:58A | 631-766-6110 | Peak | M2MAllow | Islip NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 10:00A | 516-492-5167 | Peak | M2MAllow | Islip NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 10:37A | 631-605-5115 | Peak | PlanAllow | Islip NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 10:38A | 631-398-1515 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 11 | --- | --- | --- |
| 7/02 | 11:07A | 631-796-0275 | Peak | PlanAllow | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 11:16A | 516-492-5167 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 12:04P | 631-796-0275 | Peak | PlanAllow | Patchogue NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 12:31P | 631-707-3705 | Peak | M2MAllow | Holtsville NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 12:38P | 631-766-6110 | Peak | M2MAllow | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 2:34P | 631-766-1720 | Peak | M2MAllow | Sayville NY | Brentwood NY | 2 | --- | --- | --- |
| 7/02 | 3:13P | 631-357-1548 | Peak | M2MAllow | Sayville NY | Brentwood NY | 1 | --- | --- | --- |
| 7/02 | 3:17P | Unavailable | Peak | PlanAllow | Sayville NY | Incoming CL | 2 | --- | --- | --- |
| 7/02 | 3:18P | 516-492-5167 | Peak | M2MAllow,CallWait | Sayville NY | Incoming CL | 4 | --- | --- | --- |
| 7/02 | 3:34P | 631-334-4123 | Peak | PlanAllow | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 5:05P | 631-626-4479 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 2 | --- | --- | --- |
| 7/02 | 6:30P | 631-617-4183 | Peak | M2MAllow | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/02 | 7:15P | 315-341-8091 | Peak | PlanAllow | Brightwate NY | Oswego NY | 1 | --- | --- | --- |
| 7/02 | 7:57P | 631-398-1515 | Peak | PlanAllow | Oakdale Is NY | Brentwood NY | 11 | --- | --- | --- |
| 7/02 | 8:14P | 631-766-6110 | Peak | M2MAllow | Sayville NY | Brentwood NY | 1 | --- | --- | --- |
| 7/02 | 8:15P | 631-398-1515 | Peak | PlanAllow | Holtsville NY | Brentwood NY | 2 | --- | --- | --- |
| 7/02 | 8:28P | 631-413-3608 | Peak | PlanAllow | Sayville NY | Selden NY | 3 | --- | --- | --- |
| 7/02 | 8:45P | 631-398-1515 | Peak | PlanAllow | Sayville NY | Brentwood NY | 3 | --- | --- | --- |
| 7/02 | 10:42P | 631-664-8889 | Off-Peak | N&W | Oakdale Is NY | Centraislp NY | 2 | --- | --- | --- |
| 7/03 | 12:39A | 631-664-8889 | Off-Peak | N&W | Ocean Beac NY | Incoming CL | 2 | --- | --- | --- |
| 7/03 | 12:40A | 631-617-4183 | Off-Peak | M2MAllow | Oakdale Is NY | Brentwood NY | 2 | --- | --- | --- |
| 7/03 | 12:53A | 631-664-8889 | Off-Peak | N&W | Oakdale Is NY | Centraislp NY | 1 | --- | --- | --- |
| 7/03 | 10:44A | 631-603-6232 | Off-Peak | M2MAllow | Oakdale Is NY | Incoming CL | 12 | --- | --- | --- |
| 7/03 | 11:30A | 631-605-5115 | Off-Peak | N&W | Oakdale Is NY | Incoming CL | 1 | --- | --- | --- |
| 7/03 | 12:00P | 631-766-6110 | Off-Peak | M2MAllow | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 7/03 | 12:32P | 631-398-1515 | Off-Peak | N&W | Sayville NY | Brentwood NY | 7 | --- | --- | --- |
| 7/03 | 12:41P | 631-563-4164 | Off-Peak | N&W | Oakdale Is NY | Incoming CL | 2 | --- | --- | --- |
| 7/03 | 12:47P | 917-972-4458 | Off-Peak | N&W | Oakdale Is NY | Queens NY | 1 | --- | --- | --- |
| 7/03 | 12:54P | 631-219-9353 | Off-Peak | N&W | Sayville NY | Incoming CL | 6 | --- | --- | --- |
| 7/03 | 1:16P | 516-523-3138 | Off-Peak | N&W | Sayville NY | Incoming CL | 2 | --- | --- | --- |
| 7/03 | 1:21P | 631-766-6110 | Off-Peak | M2MAllow | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 7/03 | 1:38P | 631-926-2284 | Off-Peak | N&W | Sayville NY | Brentwood NY | 2 | --- | --- | --- |
| 7/03 | 2:38P | 516-810-9525 | Off-Peak | N&W | Bohemia NY | Centraislp NY | 1 | --- | --- | --- |
| 7/03 | 2:40P | 631-563-0515 | Off-Peak | N&W | Bohemia NY | Sayville NY | 2 | --- | --- | --- |
| 7/03 | 2:41P | 631-563-0515 | Off-Peak | N&W | Bohemia NY | Incoming CL | 1 | --- | --- | --- |
| 7/03 | 2:58P | 516-810-9525 | Off-Peak | N&W | Sayville NY | Incoming CL | 2 | --- | --- | --- |
| 7/03 | 3:03P | 631-567-1034 | Off-Peak | Friends & Family | Sayville NY | Incoming CL | 2 | --- | --- | --- |
| 7/03 | 3:16P | 631-398-1515 | Off-Peak | N&W | Sayville NY | Brentwood NY | 3 | --- | --- | --- |
| 7/03 | 3:21P | 631-664-6198 | Off-Peak | N&W | Sayville NY | Incoming CL | 1 | --- | --- | --- |
| 7/03 | 5:46P | 631-946-9684 | Off-Peak | N&W | Bohemia NY | Selden NY | 1 | --- | --- | --- |