UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
===================================X

BRIAN SULLIVAN, #60196-053,
        PETITIONER

                                  ORDER TO SHOW CAUSE
                                  CV 14-1777 (JS)
    -AGAINST-               RELATED TO: CR 10-991
                                  (AUSA CAPWELL)

UNITED STATES OF AMERICA,
        RESPONDENT

===================================X

SEYBERT, District Judge,

      Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2255, filed with the Clerk of the Court on Mar. 17, 2014, it is:

      ORDERED, that:

      1. The U.S. Attorney for the Eastern District of New York, as attorney for respondent, SHOW CAUSE before this Court by the filing of a return to the petition, why said motion pursuant to 28 U.S.C. § 2255 should not be granted;

      2. Within twenty (20) days of receipt of this order, respondent shall serve a copy of its return on the petitioner herein and file the original thereof with proof of such service, with the Clerk of this Court;

      3. Petitioner, within twenty (20) days of receipt by him of a copy of the return, shall file a reply, if any, with the Clerk of this Court;

      4. The Clerk of the Court is directed to electronically serve the U.S. Attorney with this order and the motion filed pursuant to 28 U.S.C. § 2255, and to mail a copy of this order to the petitioner.

                                            /s/    JOANNA SEYBERT
                                            JOANNA SEYBERT
                                            UNITED STATES DISTRICT JUDGE

DATED: CENTRAL ISLIP, NEW YORK
       April 4, 2014