

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNC
F. #2010R01603

*610 Federal Plaza*
*Central Islip, New York 11722*

April 29, 2014

By ECF

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722-4454

      Re:    Brian Sullivan v. United States of America
               Civil Docket No. 14-1777 (JS)
               Related to Criminal Docket No. 10-991(JS)

Dear Judge Seybert:

        The government respectfully submits this letter to request an extension of time to submit a response to Petitioner's habeas corpus petition, filed March 17, 2014 (the "Petition."). While the Court issued its Order To Show Cause on April 4, 2014, directing the government to file its response within 20 days of receipt of the Order, the undersigned, unfortunately, did not receive the Court's Order until April 22, 2014.

        The government is in the process of obtaining transcripts and other materials and information pertinent to the issues raised by the Petitioner and necessary for the government's response. The government respectfully requests permission to file its response no later than June 30, 2014.

        Furthermore, in his motion, the Petitioner alleges that his attorney, John Carman, Esq., provided ineffective assistance of counsel. The government respectfully requests that the Court direct Mr. Carman to respond, within thirty (30) days, to the

Petitioner's allegations of ineffective assistance of counsel. The government believes that counsel's response will assist in resolving the above-captioned matter.

> Respectfully submitted,
>
> LORETTA E. LYNCH
> United States Attorney

By: /s/Carrie N. Capwell
Carrie N. Capwell
Assistant U.S. Attorney
(631) 715-7836

cc: Clerk of the Court (JS) (By ECF)
John Carman, Esq. (By Email)
Brian Sullivan, Inmate No. 60195-053, pro se (By Certified Mail)
  FCI Fort Dix
  P.O. Box 2000
  Fort Dix, NJ 08640

The request for an extension of time is granted, and the Government must file a response no later than June 30, 2014. Furthermore, John Carman, Esq. is ORDERED to respond within thirty (30) days to Petitioner's allegations of ineffective assistance of counsel. The Government is directed to serve a copy of this order on Mr. Carman and file proof of service on the docket forthwith. The Clerk of the Court is directed to mail a copy of this order to pro se Petitioner.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 4-30-14
Central Islip, NY

2